October 25, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

PAUL OLIVER, Appellant

NO. 14-11-00276-CV           V.

SMITH INTERNATIONAL, INC., Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, SMITH INTERNATIONAL, INC., signed March 16, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant, PAUL OLIVER, to pay all costs incurred in this appeal. We further order this decision certified below for observance.